77,138-29

EX PARTE

SENRICK WILKERSON

IN THE COURT OF
CRIMINAL APPEALS
OF AUSTIN, TEXAS

## INMATE'S DECLARATIONS OF SENRICK WILKERSON

"I, Senrick Wilkerson, TDCJ NO. 1885146, do state the following facts concerning the above-captioned cases:

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 20 2015

Abel Acosta, Clerk

I am the Applicant in the above cause, I received documents from Dallas County District Clerk's office, entitled CLERK'S RECORD, on May 12, 2015. See Exhibit A, which is only a copy of the Clerk's INDEX from F08-60213 Compelling Prostitution; and there are no other copies of anything else included. Quoting this Court in its Remand, dated April 1, 2015: "The trial court shall determine whether the factual basis of Applicant's claim was available when he filed the application in Dallas County on July 23, 2013. TEX. CODE CRIM. PROC. art. 11.07, § 4(c). The trial court shall then determine whether Applicant's motion for new trial was granted; if so, whether this was the product of judicial reasoning and not a clerical mistake; who signed the motion at a later date; and when it was signed. The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief."

I am enclosing Exhibit A, which is a copy of the Clerk's Record's INDEX. Dallas County did not include the files that should have come with this document from Cause No. F08-60213, because Dallas County does not want me to have any records in order to prove that I am 100% innocent, and that they violated my civil rights, and my due process of law rights. However, please notice in Exhibit A, on page 3, where it shows that the Motion for New Trial was filed on 12/17/2010. Vol. 1-42. Notice that there is absolutely nothing in this INDEX, that documents the dates of January 5, 2011, or July 7, 2011. This record is totally incomplete, I have supported my proof

Page 1 of 2

with the submitting of the granted motion for new trial, that was granted on January 5, 2011.

I am requesting that this Court to ORDER Dallas County to forward to me immediately, the files that goes along with this INDEX from the Clerk's Record that was mailed to me on May 12, 2015. I am entitled to a new trial, because the motion for new trial was granted, on January 5, 2015. The signatures do not match from Judge Pat McDowell's signatures, that he allegedly signed in comparison with the granted Motion for new trial, and the signed Affidavit. I am entitled to Relief, regardless on who signed the motion for new trial, on January 5, 2011. The motion for new trial was signed under ORDER, after it was circled granted by a Judge.

I, Senrick Wilkerson, being presently illegally incarcerated in the Ramsey I Unit, declare under penalty of perjury that, according to my belief, the facts stated in this document are true and correct."

_____
SENRICK WILKERSON

_____
May 18, 2015
DATE

Page 2 of 2

WRIT NO. W08-60213

EX PARTE                                    IN CRIMINAL DISTRICT
                                            COURT NO. 3
SENRICK WILKERSON                           DALLAS COUNTY, TEXAS

## INMATE'S DECLARATIONS OF SENRICK WILKERSON

"I, Senrick Wilkerson, TDCJ No. 1885146, do state the following facts concerning the above-captioned case:

I am the Applicant in the above cause, and I received documents from Dallas County District Clerk's office, entitled, Clerk's RECORD, on May 12, 2015, from F08-60213 Compelling Prostitution, F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assault on a Child. The only thing that I received, were copies of the INDEX. Where are the Volume documents that are supposed to be included with the INDEX pages? Again, it must be repeated that the only material that I received on May 12, 2015, were copies of the INDEX, from Cause Nos. F08-60213, F10-01183 & F10-01184. Where are the actual documents that should be included with the INDEX? I trust that this Court will not lie and claim that those documents were mailed to me because they were not. A copy of this statement of facts, has been mailed to: Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711. Again, I am requesting the Clerk's Records from Cause Nos. F08-60213, F10-01183 & F10-01184, and not just the INDEX.

I, Senrick Wilkerson, being presently illegally incarcerated in the Ramsey I Unit, declare under penalty of perjury that according to my belief, the facts stated in this document are true and correct."

_____                    May 18, 2015
SENRICK WILKERSON                          _____
                                                    DATE

# C L E R K ' S   R E C O R D

Volume of __ONE__ Of __ONE__
Trial Court Cause Number __F08-60213-J__
In the __Criminal__ District Court __No. 3__
of Dallas County, Texas,

Honorable __GRACIE LEWIS__, Judge Presiding.

===================================================================

__THE STATE OF TEXAS__, Plaintiff

vs.

__SENRICK SHERN WILKERSON__, Defendant

===================================================================

Appealed to the Court of
Criminal Appeals of Texas at Austin, Texas, or
Court of Appeals for the __5th__ District of Texas, at __DALLAS__, Texas.

===================================================================

Name __Lori Ordiway__
Address __P.O. Box 793991, Dallas, TX 75379__
Telephone No. __972.701.0155__
Fax No. __972.701.0151__
SBOT No. __12327300__
Attorney for: __Senrick Shern Wilkerson__

===================================================================

Delivered to the Court of Criminal Appeals of Texas at Austin, Texas, or
Court of Appeals for the _____ day of _____ , _____ .

Signature of Clerk _____
Name of Clerk _____
Title _____

===================================================================

Appellate Court Cause No. __05-11-00060-CR__
Filed in the Court of Criminal Appeals of Texas at Austin, Texas, or
Court of Appeals for the __5th__ District of Texas, at __DALLAS__, Texas,
this __13th__ day of __July__, __2011__ .
GARY FITZSIMMONS, DALLAS COUNTY DISTRICT CLERK

By __Ana McDaniel__ , Deputy

1

EXHIBIT
A

SENRICK SHERN WILKERSON         CAUSE NO.         F08-60213-J

VS                              IN THE CRIMINAL DISTRICT COURT

THE STATE OF TEXAS              NO. 3, OF DALLAS COUNTY, TEXAS

# * INDEX *

| | |
|---|---|
| Clerk's Record Cover | Vol. 1-01 |
| Index | Vol. 1-02 |
| Caption | Vol. 1-04 |
| True Bill of Indictment    (13 Oct 08) Affidavit for Arrest Warrant | Vol. 1-05 |
| Trial Docket | Vol. 1-13 |
| Motion for Continuance    (Not File Marked) | Vol. 1-15 |
| State's Notice of Intent to Use Business Records Accompanied by Affidavit    (19 Jul 10) Sprint PCS | Vol. 1-19 |
| State's Response to Defense Request for Inspection/ Discovery    (Not File Marked) | Vol. 1-21 |
| Notice of Extraneous Offenses    (28 Sep 10) | Vol. 1-25 |
| Notice of Request to Stack    (03 Dec 10) | Vol. 1-27 |
| State's Motion to Consolidate    (03 Dec 10) | Vol. 1-28 |
| State's Witness List    (14 Dec 10) | Vol. 1-29 |
| Charge of the Court - Guilt/Innocence (17 Dec 10) | Vol. 1-32 |
| Jury Verdict on Guilt | Vol. 1-34 |
| Note to the Jury Regarding Re-Reading of Any Witness' Testimony    (17 Dec 10) | Vol. 1-35 |

2

SENRICK SHERN WILKERSON                          PAGE   2

F08-60213-J

==================================================================

Judgment/Sentence    (17 Dec 10)                   Vol. 1-38
Judgment of Conviction by Jury

Defendant's Motion for New Trial   (17 Dec 10)     Vol. 1-42

Notice of Appeal    (17 Dec 10)                    Vol. 1-43

Motion to Withdraw/Granted    (11 Feb 11)          Vol. 1-44

Trial Court's Certification of Defendant's Right of Appeal   Vol. 1-45
(11 Feb 11)

Application for a Record on Appeal at State's Expense/   Vol. 1-46
Order - Exhibit 1        (15 Feb 11)

Written Designation of Items for Inclusion in the Clerk's   Vol. 1-51
Record    (15 Feb 11)

Request for the Court Reporter's Record            Vol. 1-54
(15 Feb 11)

Peremptory Jury Challenges                         Vol. 1-56

Clerk's Certification that Appellate Record is True and   Vol. 1-58
Correct